**Barbara M. MOSS, Plaintiff,**

**Peter D. Moss, Plaintiff–Appellant,**

v.

**STINNES CORPORATION; Michael Mobeius, President; Dr. Hans–Juergen Knauer, Chairman, Defendants–Appellees.**

**Docket No. 97–9450.**

United States Court of Appeals, Second Circuit.

Argued Jan. 29, 1999.

Decided March 08, 1999.

Peter D. Moss, Pro Se, Forest Hills, N.Y., for Plaintiff–Appellant.

Stanley L. Goodman, Grotta, Glassman & Hoffman, P.A., Roseland, N.J., for Defendants–Appellees.

Before: NEWMAN, WALKER, and CALABRESI, Circuit Judges.

PER CURIAM.

Plaintiff-appellant Peter D. Moss, appearing *pro se*, appeals from an order of the United States District Court for the Southern District of New York (Keenan, *J.*), denying plaintiff-appellant's motion to intervene in his wife Barbara M. Moss's action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*, and the New York State Human Rights Law ("HRL"), N.Y. Exec. Law § 290 *et seq.*

We hold, as have all other courts that have considered the question, that neither the ADEA nor the HRL affords a direct cause of action to a non-employee due to discrimination against his spouse. Moreover, neither statute provides for a claim for loss of consortium. Accordingly, we affirm the order denying intervention for substantially the reasons stated by the district court. *See Moss v. Stinnes Corp.*, No. 92 Civ. 3788, 1997 WL 530113 (S.D.N.Y. Aug. 25, 1997); *see also Moss v. Stinnes Corp.*, No. 92 Civ. 3788, 1993 WL 33591 (S.D.N.Y. Jan. 29, 1993).